William A. Arndt, a minor, by his next friend William J. Arndt, appellee, v. John Bennan and Herbert S. Ray, appellants. Gen. No. 29,397.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

Miller, Gorham, Wales & Noxon, Charles L. Mahony and George A. Oleson, for appellants; Charles L. Mahony, of counsel. Thos. W. Reilly and Quinn O'Brien, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

Frederick W. Lincoln et al., appellants, v. Charles H. Wyatt and H. Ridgway Wyatt, trading as Wyatt Brothers, appellees. Gen. No. 29,225.

Action for breach of contract. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924. Rehearing denied December 27, 1924.

Vose & Page, for appellants; John D. Clancy, of counsel. Moss & King, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Gill Glass Company, appellee, v. Solar Electric Company, appellant. Gen. No. 29,274.

Action for price of goods sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924. Rehearing denied December 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Loucks, Eckert & Peterson, for appellant. Leo S. LeBosky, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

City of Chicago, appellee, v. Laftery Elliott, appellant. Gen. No. 29,296.

Prosecution for breach of the peace. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

John P. Gavaris, for appellant. Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, of counsel.

Mr. Justice Barnes delivered the opinion of the court.